# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROBERT ANTOINE

VERSUS

DOUG WELBORN, CLERK OF EAST
BATON ROUGE PARISH AND
SHAWDRA PERKINS, DEPUTY
CLERK OF COURT

NO.  2025 CW 0554

**AUGUST 22, 2025**

---

In Re:  Robert Antoine, applying for supervisory writs, 19th
        Judicial District Court, Parish of East Baton Rouge, No.
        757490.

---

**BEFORE:  THERIOT, PENZATO, AND BALFOUR, JJ.**

    **WRIT DENIED AS MOOT.** According to the records of the district court, on August 6, 2025, retired Judge Michael McDonald has been assigned as judge ad hoc for the purpose of hearing and disposing of the motion to recuse.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT